# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>MACKSON INC. d/b/a DENIM LICIOUS, a New York Corporation; ROSS STORES, INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-06101-R-E<br><br>**ORDER RE: STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Manuel L. Real |

The parties having so stipulated and agreed, the above-referenced case is hereby dismissed with prejudice and without an award of costs or fees to any party. Each party shall bear their own costs and attorney fees.

IT IS SO ORDERED.

Dated: June 19, 2019

_____
The Honorable Manuel L. Real
United Stated District Court Judge